3:17-1210
RECEIVED
IN CLERK'S OFFICE
AUG 31 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Complaint

On June 13, 2017, corecivic inc had a out break of the scabies due to the fact that they allow females straight from the street and don't even screen theme for nothing or there not sanatized with a shower or anything, this facility also allows females clothes to be washed with the males, staff members came in the unit made us sighn papers we was not itching or we would Go to seberbation or Good time lost. I was Given 6 pills for the scabies but medical never told us what they were, core civic inc also locked us down for 3 days with no phones or tv or showers. They never once checked each inmate to see if they has scabies Just made us sighn papers. Also staff for corecivicinc respond to emerbencies with females then come back to the unit where im being housed at, ive put in sick calls never once was they answerd core civic inc never done anything until the court and the media Got involved and it's still Going on out here. There short of staff that's creating a unsafe enviroment where they can't keep help due

to the scabeis this is dilebertly indifference on medical and Core Civic inc, This could have been Prevented but they allowed the outbreak to Put the Public the courts and inmates health at risk and for this medical and Corecivic inc should be held accoutable for there actions im asking the Court to Grant relief of 150,000 for Punity, Emotiona, mental and Physical Abuse. and make core Civic inc the Defendant in this case

5115 harding Pl
Nash TN, 37211

Respectfully
Steven E. Jennings
Steven E. Jennings
Date 8-28-17

Steven E. Jennings
5115 harding Pl
Nash TN, 37211

# 414423

Nashville TN

NON-CENSORED MAIL
CORE CIVIC INMATE

RECEIVED
IN CLERK'S OFFICE
AUG 3 1 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

U.S. District Court Clerk
U.S. Court House rm 800
Nash TN, 37203