UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Steven E. Jennings
        Plaintiff,

v.              Case No.: 3:17–cv–01210

Core Civic Inc.
        Defendant,

## ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/3/2017 re [4].

                  Keith Throckmorton, Clerk
                  s/ Althea Straughter, Deputy Clerk